DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIAMOND JONEAL ALLEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1266

[July 29, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case Nos. 50-2013-CF-003297-AXXX-MB and 50-2012-CF-004552-AXXX-MB.

Diamond Joneal Allen, Cross City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***